314 P.3d 1277

**STATE of Arizona**

v.

**Sergio F GONZALES BARRERA.**

**No. CR–13–0302–PR.**

Supreme Court of Arizona.

Jan. 7, 2014.

¶ 1 ORDERED: Petition for Review from Denial of Post Conviction Relief = DENIED.

¶ 2 FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.